| PROB 22 (Rev. 2/88) | US PROB-MIL 05/27/08 PM 03:15 | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | | 97-CR-17 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Timothy T. Rucker | Eastern Wisconsin | Milwaukee |
| | NAME OF SENTENCING JUDGE | |
| | C.N. Clevert | |
| 08CR 499 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/2/08 | TO 4/1/2013 |

OFFENSE

Count One- 18 U.S.C. Sections 2113(a) and (d); Armed Bank Robbery

Count -two- 18 U.S.C. Sections 924(c)(1) and 2; Use of a Firearm to Commit a Crime of Violence

**JUDGE DER-YEGHIAYAN**     **MAGISTRATE JUDGE ASHMAN**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Wisconsin___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Illinois___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___5/23/2008___ Date                    _____ C.N. Clevert, Jr. _____ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**
JUN 2 4 2008 TC
6-24-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

___JUN 2 3 2008___ Effective Date                    ___James F. Holderman___ United States District Judge