## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

July 8, 2008

Michael W. Dobbins, Clerk
United States District Court
Northern District of Illinois
219 So. Dearborn St.
Chicago, IL 60604

RE: U.S. vs Timothy Rucker
Your Case Number: 08cr499
Our Case Number: 97-CR-17

Judge Der-yeghiayan
Mag. Judge Ashman

Dear Mr. Dobbins:

In compliance with the Order Accepting Jurisdiction in the above case, enclosed are **certified** copies of the docket sheet, Indictment, Judgment and Transfer of Jurisdiction form. Also included is a financial accounting statement for this defendant.

Please acknowledge receipt on the enclosed copy of this letter and return it in the envelope provided.

Very truly yours,
JON W. SANFILIPPO
CLERK

By: s/Karen Fahrenkrug
Deputy Clerk

Enclosures
cc: U.S. Probation
    U.S. Marshal
    Financial



**MICHAEL W. DOBBINS**
**CLERK**

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698



June 26, 2008

Mr. Jon W. Sanfilippo, Clerk
United States District Court
362 United States Courthouse and
  Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202



Dear Clerk:

**Re:　Case number 97cr17　US v Timothy T. Rucker**
Our case number: **08cr499** - Northern District of Illinois, Judge Der-Yeghiayan

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Timothy T. Rucker, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:　　　Ellenore Duff
　　　　 Deputy Clerk

Enclosure

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 97-CR-17 |
| DOCKET NUMBER (Rec. Court) | 08CR 499 |

US PROB-MILW 05-27-08 PM 03:15

U.S. DIST. COURT EAST DIST. WISC
RECEIVED Filed
JUN 30 2008
JON W. SANFILIPPO, CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Timothy T. Rucker | Eastern Wisconsin | Milwaukee |

| NAME OF SENTENCING JUDGE |
|---|
| C.N. Clevert |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 04/2/08 | 4/1/2013 |

OFFENSE

Count One- 18 U.S.C. Sections 2113(a) and (d); Armed Bank Robbery

Count -two- 18 U.S.C. Sections 924(c)(1) and 2; Useof a Firearm to Commit a Crime of Violence

**JUDGE DER-YEGHIAYAN       MAGISTRATE JUDGE ASHMAN**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Wisconsin___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Illinois___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___5/23/2008___                    ___[signature] C.N. Clevert, Jr.___
Date                                              United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
JUN 2 4 2008 TC
6-24-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUN 2 3 2008
*Effective Date*

___[signature] James F. Holderman___
United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By ___[signature]___
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: ___6-25-08___

97

CLOSED

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
### CRIMINAL DOCKET FOR CASE #: 2:97-cr-00017-CNC All Defendants
#### Internal Use Only

Case title: USA v. Rucker, et al
Other court case numbers: :97- -02923 5 `6
:97- -03034 5 `6

Date Filed: 01/28/1997
Date Terminated: 08/06/1997

Assigned to: Judge Charles N Clevert, Jr

Appeals court case number: 97-2923

**Defendant (1)**

Timothy Rucker
*TERMINATED: 07/25/1997*

represented by **Michael R Barth**
Roth & Binn
15850 W Bluemound Rd
Brookfield, WI 53005
262-784-5830
*TERMINATED: 07/25/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Michael R Barth**
Barth Law Office
W501 Honey Creek Pkwy
Burlington, WI 53105
262-642-7179
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

[Stamp:]
U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
JON W. SANFILIPPO, clerk
DATED: 7/8/08
by: [signature] Deputy

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**

18:2113(a) and (d) BANK ROBBERY BY FORCE OR VIOLENCE
(1)

**Disposition**

SENT: 87 mos. as to Count 1 and 60 mos. as to Count 2, to run consecutively for a total of 147 mos. imprisonment. SUPERVISED RELEASE: 5 yrs. as to Count 1 and 3 yrs. as to Count 2, to run concurrently for a total of 5 yrs. FINE: Waived. SA: $100 .

| | |
|---|---|
| 18:924(c)(1) and (2) - Did knowingly use and carry a firearm during and in relation to a crime of violence.<br>(2) | SENT: 87 mos. as to Count 1 and 60 mos. as to Count 2, to run consecutively for a total of 147 mos. imprisonment. SUPERVISED RELEASE: 5 yrs. as to Count 1 and 3 yrs. as to Count 2, to run concurrently for a total of 5 yrs. FINE: Waived. SA: $100 . |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                                    **Disposition**

None

Assigned to: Judge Charles N Clevert, Jr

Appeals court case number: 97-3034

**Defendant (2)**

| | |
|---|---|
| **Noel Washington**<br>TERMINATED: 08/06/1997<br>also known as<br>Joel Robinson | represented by **Hazel J Washington**<br>Washington Law Offices Inc<br>8500 W Capitol Dr - Ste 201<br>Milwaukee, WI 53222<br>414-462-9525<br>Fax: 414-462-9561<br>Email: hjwashington@yahoo.com<br>TERMINATED: 08/06/1997<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Designation: Retained<br><br>**John T Wasielewski**<br>Wasielewski & Erickson<br>1442 N Farwell Ave - Ste 606<br>Milwaukee, WI 53202<br>414-278-7776<br>Email: jwasielewski@milwpc.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Designation: CJA Appointment |

**Pending Counts**                                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                             **Disposition**

| | |
|---|---|
| 18:2113(a) and (d) BANK ROBBERY BY FORCE OR VIOLENCE<br>(1) | SENT: 120 mos. s to Count 1 and 60 mos. as to Count 2 of the Indictment, to run consecutively for a total of 181 mos. |

| | |
|---|---|
| 18:924(c)(1) and (2) - Did knowingly use and carry a firearm during and in relation to a crime of violence.<br>(2) | imprisonment. Sent. is to run consecutively to term of imprisonment deft. is currently serving in case no. F912389. SUPERVISED RELEA SE: 5 yrs. as to Count 1 and 3 yrs. as to Count 2, to run concurrently for a total of 5 yrs. FINE: Waived. SA: $100.<br><br>SENT: 120 mos. s to Count 1 and 60 mos. as to Count 2 of the Indictment, to run consecutively for a total of 181 mos. imprisonment. Sent. is to run consecutively to term of imprisonment deft. is currently serving in case no. F912389. SUPERVISED RELEA SE: 5 yrs. as to Count 1 and 3 yrs. as to Count 2, to run concurrently for a total of 5 yrs. FINE: Waived. SA: $100. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Mario F Gonzales**<br>United States Department of Justice (ED-WI)<br>Office of the US Attorney<br>517 E Wisconsin Ave - Rm 530<br>Milwaukee, WI 53202<br>414-297-1775<br>Fax: 414-297-1738<br>Email: Mario.Gonzales2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/1997 | 1 | INDICTMENT filed against Timothy RUCKER (1) count(s) 1 & 2 and Noel WASHINGTON (2) count(s) 1 & 2. (kmf, ) (Entered: 01/29/1997) |
| 01/29/1997 | | ARREST Warrant issued for Timothy RUCKER. (kmf, ) Modified on 01/29/1997 |
| 01/29/1997 | 2 | NOTICE of hearing. A & P hrg. set for 9:00 on 2/7/97 for Noel WASHINGTON. (kmf, ) |
| 01/30/1997 | 3 | APPLICATION by AUSA Gonzales f/Writ of HC f/deft. appearance on 2/7/97 at 9:00 cor an A & P hrg. in room 282. (kmf, ) (Entered: 01/31/1997) |
| 02/07/1997 | 4 | HEARING MINUTES: (PJG) Atty. Hazel Washington did not appear. Clerk to contact atty. for written explanation f/absence. Crt. w/proceed. Dft. Noel Washington arraigned. Not Guilty plea entered by crt. f/deft. Deft. advised of charges, penalties and fines. Open file policy - discovery now available. Deft. wishes to remain in state custody. Crt. advises deft. to speak w/atty. - deft. requests to sign waiver now. Case referred to Mag Judge Aaron E. Goodstein for pretrial purposes. STD: 4/18/97. FPT: 4/3/97 at 9:00. TRIAL: |

| | | |
|---|---|---|
| | | 4/14/97 at 9:00. TRIAL EST: 4 days. BRIEFING: 2/18/97, 2/27/97, 3/4/97. (kmf, ) (Entered: 02/11/1997) |
| 02/10/1997 | 5 | WAIVER of Rights under Interstate Agreement of Detainers signed by defendant Noel Washington. (kmf, ) (Entered: 02/11/1997) |
| 02/20/1997 | | TRANSMIT file for defendant Noel Washington to Judge Clevert on 2/20/97. (kmf, ) |
| 02/20/1997 | | (Court only) Docket Modification (Utility) terminating case referral (kmf, ) |
| 02/25/1997 | 6 | HEARING MINUTES: (PJG) Dft Timothy Rucker arraigned. Not Guilty plea entered by crt. on behalf of deft. Deft. advised of rights. Crt. w/appoint counsel. Crt. advises of charges, penalties and fines. Open file ready tomorrow. Govt. seeking detention. Case referred to Mag Judge Aaron E. Goodstein for pretrial purposes. STD: 5/6/97. FPT: 4/3/97 at 9:00. TRIAL: 4/14/97 at 9:00. TRIAL EST: 1 wk. BRIEFING: 3/7/97, 3/17/97, 3/21/97. Detention hearing set for 10:30 on 2/28/97 for Timothy Rucker. (kmf, ) (Entered: 02/26/1997) |
| 02/25/1997 | 7 | ORDER of Temporary Detention Pending Hearing Pursuant to Bail Reform Act by Mag Judge Patricia J. Gorence as to Timothy Rucker. (kmf, ) (Entered: 02/26/1997) |
| 02/26/1997 | | (Court only) Docket Modification (Utility) Atty. Michael Barth appointed as to Timothy Rucker. (kmf, ) |
| 02/26/1997 | 11 | CJA Form 20 Copy 4 (Appointment of Counsel) as to Timothy Rucker ; Attorney Michael Barth appointed (bdr, ) (Entered: 03/19/1997) |
| 02/28/1997 | 8 | HEARING MINUTES: (PJG) Detention hearing held on 2/28/97. Govt. seeks detention. Def. seeks return to Chicago. Crt. w/enter order of detention. (kmf, ) |
| 03/03/1997 | 9 | LETTER f/AUSA Gonzales to Judge Gorence referring to non-appearance at 2/28/97 hrg. (kmf, ) |
| 03/03/1997 | 10 | ORDER of Detention pending trial by Mag Judge Patricia J. Gorence as to Timothy Rucker (kaf, ) (Entered: 03/05/1997) |
| 03/12/1997 | | TRANSMIT file for defendant Timothy Rucker to Judge Clevert on 3/12/97. (kmf, ) |
| 03/12/1997 | | (Court only) Docket Modification (Utility) terminating case referral (kmf, ) (Entered: 04/04/1997) |
| 03/28/1997 | 12 | APPLICATION by AUSA Gonzales w/ORDER (AEG) f/Writ of HC f/deft. appearance on 4/3/97 in courtroom 167. (kmf, ) Modified on 07/24/1997 (Entered: 04/02/1997) |
| 04/03/1997 | 13 | Government's PROPOSED JURY INSTRUCTIONS. (kmf, ) (Entered: 04/04/1997) |
| 04/03/1997 | 14 | Government's PROPOSED Voir Dire Quesitons. (kmf, ) (Entered: 04/04/1997) |
| 04/03/1997 | 20 | HEARING MINUTES: (CNC) Final Pretrial Conference held on 4/3/97 as to both defts. Atty. Gonzales w/submit an order re: stipulaiton to amend typo. error in indictment. Counsel to appear at 8:30 on day of trial. (kmf, ) Modified on 07/24/1997 (Entered: 04/10/1997) |
| 04/04/1997 | 15 | PROPOSED Voir Dire Questions by defendant Timothy Rucker (kmf, ) (Entered: 04/07/1997) |
| 04/07/1997 | 16 | PROPOSED JURY INSTRUCTIONS submitted by defendant Timothy Rucker (kmf, ) |
| 04/07/1997 | 17 | APPLICATION by plaintiff AUSA Gonzales w/ORDER (WEC) for Writ of HC f/appearance of David Trotter on 4/14/97 at 9:00 in room 167. (kmf, ) |
| 04/09/1997 | 18 | LETTER f/AUSA Gonzales w/proposed order re: amendment of indictment. (kmf, ) |

| 04/09/1997 | 19 | LETTER f/AUSA to counsel informing them of possible expert witnesses. (kmf, ) |
| --- | --- | --- |
| 04/10/1997 | 21 | APPLICATION by AUSA Gonzales w/ORDER (WEC) for Writ of HC for the appearance of Sonny Lawrence on 4/14/97 in room 167. (kmf, ) (Entered: 04/11/1997) |
| 04/10/1997 | 22 | ORDER (CNC) amending count 2 of the Indictment. (cc: all counsel) (kmf, ) (Entered: 04/14/1997) |
| 04/14/1997 | 26 | HEARING MINUTES: (CNC) 5 day trial began. 4/14/97 - Voir Dire; jurors sworn. Crt. GRANTS req. that all witnesses be sequestered. Opening statements. Witness test. 4/15/97 - Witness test. 4/16/97 - Witness test. 4/17/97 - Witness test. 4/18/97 - Deliberations begin. Jury returns verdict - finding Timothy Rucker (1) GUILTY as to count(s) 1 & 2; finding Noel Washington (2) GUILTY as to count(s) 1 & 2. Sentencing hrg. set for 7/24/97 at 9:30 for both defts. (kmf, ) (Entered: 04/23/1997) |
| 04/14/1997 | | (Court only) Docket Modification (Utility) Jury trial held on 4/14/97. Sentencing hearing set for 9:30 on 7/24/97 for Timothy Rucker and Noel Washington. (kmf, ) (Entered: 04/23/1997) |
| 04/16/1997 | | Government's TRIAL MOTION as to Timothy RUCKER and Noel WASHINGTON. (kmf, ) (Entered: 04/17/1997) |
| 04/16/1997 | 23 | MEMORANDUM by defendant Timothy Rucker in Support of Suppression of Flight Evidence. (kmf, ) (Entered: 04/17/1997) |
| 04/18/1997 | 24 | JURY Instructions (kmf, ) (Entered: 04/21/1997) |
| 04/18/1997 | 27 | VERDICT as to Timothy Rucker - GUILTY as to Counts 1 & 2. (kmf, ) (Entered: 04/23/1997) |
| 04/18/1997 | 28 | VERDICT as to Noel Washington - GUILTY as to Counts 1 & 2. (kmf, ) (Entered: 04/23/1997) |
| 04/23/1997 | 25 | EXHIBITS received for defendant Timothy Rucker, defendant Noel Washington, plaintiff USA ; exhibit list filed (tlf, ) |
| 04/29/1997 | 29 | ARREST Warrant returned executed as to defendant Timothy Rucker ; defendant arrested on 2/25/97 (kaf, ) |
| 07/02/1997 | 30 | NOTICE by USA of Intention to Seek Upward Departure (cad, ) |
| 07/25/1997 | 31 | JUDGMENT and Commitment issued (CNC) to U.S. Marshal as to Timothy Rucker. Sentencing of Timothy Rucker (1) count(s) 1 & 2 held on 7/24/97. SENT: 87 mos. as to Count 1 and 60 mos. as to Count 2, to run consecutively for a total of 147 mos. imprisonment. SUPERVISED RELEASE: 5 yrs. as to Count 1 and 3 yrs. as to Count 2, to run concurrently for a total of 5 yrs. Conditions of Supervised Release imposed. See Judgment for additional details. FINE: Waived. SA: $100. terminating party Timothy Rucker (cc: all counsel) (kmf, ) Modified on 07/28/1997 (Entered: 07/28/1997) |
| 07/28/1997 | 32 | APPEAL NOTICE to USCA by defendant TIMOTHY RUCKER (filed by Deputy Clerk per Judges Chambers) regarding [31-3] JUDGMENT dated 7/25/97 (cc: all counsel) (ers, ) Modified on 07/28/1997 |
| 07/28/1997 | | SHORT RECORD Transmitted to USCA for defendant TIMOTHY RUCKER Re: [32-1] (cc: all counsel) (ers, ) |
| 07/28/1997 | 33 | NOTICE Of Appeal by defendant Timothy Rucker by Atty Barth filed 7/28/97 (Duplicate) Clerks Office was directed to file this Appeal. See above. (ers, ) |
| 07/29/1997 | | Criminal Appeal Record Prepared for defendant TIMOTHY RUCKER (ers, ) |

| Date | No. | Description |
|---|---|---|
| 08/04/1997 | | As to defendant TIMOTHY RUCKER Re: [32-1] Appeal Number: 97-2923 received from USCA (ers, ) |
| 08/04/1997 | 37 | REQUEST by defendant NOEL WASHINGTON for LEAVE TO PROCEED INFORMA PAUPERIS ON APPEAL (ers, ) (Entered: 08/07/1997) |
| 08/04/1997 | 38 | AFFIDAVIT of Hazel J. Washington by defendant Noel Washington regarding [37-1] (ers, ) (Entered: 08/07/1997) |
| 08/04/1997 | 40 | CERTIFICATE Of Service (ers, ) (Entered: 08/07/1997) |
| 08/05/1997 | 34 | CONDITIONS of Probation and Supervised Release for Timothy Rucker. (kmf, ) (Entered: 08/06/1997) |
| 08/05/1997 | 36 | CONDITIONS of Probation and Supervised Release for Noel Washington. (kmf, ) (Entered: 08/07/1997) |
| 08/05/1997 | 39 | APPEAL Notice to USCA by defendant NOEL WASHINGTON regarding [35-5] re: Judgment dated 8/6/97 (cc: all counsel) (ers, ) (Entered: 08/07/1997) |
| 08/05/1997 | 41 | DOCKETING STATEMENT by defendant NOEL WASHINGTON (cc: all counsel) (ers, ) (Entered: 08/07/1997) |
| 08/06/1997 | 35 | JUDGMENT and Commitment issued (CNC) to U.S. Marshal as to Noel Washington. Sentencing of Noel Washington (2) held on 7/24/97. SENT: 120 mos. s to Count 1 and 60 mos. as to Count 2 of the Indictment, to run consecutively for a total of 181 mos. imprisonment. Sent. is to run consecutively to term of imprisonment deft. is currently serving in case no. F912389. SUPERVISED RELEASE: 5 yrs. as to Count 1 and 3 yrs. as to Count 2, to run concurrently for a total of 5 yrs. Conditions of Supervised Release imposed. See Judgment for additional details. FINE: Waived. SA: $100. terminating party Noel Washington case terminated (cc: all counsel) (kmf, ) (Entered: 08/07/1997) |
| 08/06/1997 | 42 | PROPOSED Voir Dire Questions by defendant Noel Washington (Documents originally filed under case 96-CR-109, which was dismissed 9/96). was dismissed 9/96) (kmf, ) (Entered: 08/07/1997) |
| 08/06/1997 | 43 | PROPOSED JURY INSTRUCTIONS submitted by defendant Noel Washington (Documents originally submitted under case 96-CR-109, which was dismissed 9/96). (kmf, ) (Entered: 08/07/1997) |
| 08/07/1997 | | SHORT RECORD Transmitted to USCA for defendant NOEL WASHINGTON Re: [39-1] (cc: all counsel) (ers, ) |
| 08/07/1997 | | Criminal Appeal Record Prepared for defendant NOEL WASHINGTON (ers, ) |
| 08/08/1997 | 44 | ORDER IFP on Appeal Granted by Judge Charles N. Clevert (Appeal Re: [39-1] ) for defendant Noel Washington (cc: 7th Circuit) (tlf, ) (Entered: 08/11/1997) |
| 08/11/1997 | 45 | TRANSCRIPT of Sentencing for defendant Timothy Rucker held on 7/24/97. (kmf, ) (Entered: 08/12/1997) |
| 08/11/1997 | 46 | TRANSCRIPT of Jury Trial for defendants Timothy Rucker and Noel Washington held on 4/15/97 (Vol. 2). (kmf, ) (Entered: 08/12/1997) |
| 08/11/1997 | 47 | TRANSCRIPT of Jury Trial for defendants Timothy Rucker and Noel Washington held on 4/16/97 (Vol 3). (kmf, ) (Entered: 08/12/1997) |
| 08/11/1997 | 48 | TRANSCRIPT of Jury Trial for defendants Timothy Rucker and Noel Washington held on 4/17/97 (Vol. 4). (kmf, ) (Entered: 08/12/1997) |

| | | |
|---|---|---|
| 08/11/1997 | 49 | TRANSCRIPT of Jury Trial for defendants Timothy Rucker and Noel Washington held on 4/18/97 (Vol. 5). (kmf, ) Modified on 08/12/1997 (Entered: 08/12/1997) |
| 08/12/1997 | 50 | MOTION Requesting Government to pay for transcripts by Noel Washington. (sealed, ) |
| 08/14/1997 | 51 | Amended MOTION for order that Government pay for transcripts by Noel Washington w/attached affidavit of atty. Hazel Washington. (kmf, ) |
| 08/18/1997 | | As to defendant NOEL WASHINGTON Re: [39-1] Appeal Number: 97-3034 received from USCA (ers, ) |
| 09/08/1997 | 52 | TRANSCRIPT of Sentencing hearing held of 7/24/97 as to defendant Noel Washington (kmf, ) |
| 10/20/1997 | 53 | LETTER f/Judge Clevert to Atty. Barth re: voucher payment. Atty. Barth is requested to file a memorandum in support of request for payment w/in 14 days. (kmf, ) (Entered: 10/22/1997) |
| 10/31/1997 | 54 | LETTER f/atty. Barth re: compensation as to CJA appointment. (kmf, ) (Entered: 11/04/1997) |
| 12/29/1997 | 55 | MOTION to File Supplemental record for Appeal by Noel Washington. (kmf, ) (Entered: 01/13/1998) |
| 01/12/1998 | 56 | Criminal Appeal Record Request received from USCA - defendant TIMOTHY RUCKER, defendant NOEL WASHINGTON USCA Number: 97-2923 & 97-3034 (ers, ) |
| 01/13/1998 | | RECORD on Appeal sent to USCA for defendant Timothy Rucker, defendant Noel Washington consisting of 2 Volumes of Pleadings & 6 Transcripts, 3 Boxes of Exhibits & 2 PSR's USCA Number: 97-2923 & 97-3034 Re: [39-1], Re: [32-1] (cc: all counsel) (ers, ) |
| 01/15/1998 | 57 | NOTICE OF APPEARANCE as to the Appeal for defendant Noel Washington by Attorney John T. Wasielewski. (kmf, ) (Entered: 01/16/1998) |
| 01/21/1998 | 58 | ORDER (CNC) GRANTING deft. Washington's motion to File Supplemental record for Appeal [55-1]. All original documents in Case #96-CR-109 shall be included in the appeal record in this case. (cc: all counsel) (kmf, ) Modified on 01/26/1998 (Entered: 01/26/1998) |
| 03/10/1998 | 59 | TRANSCRIPT filed volume 1 of jury trial of 4/14/97, Honorable Charles N Clevert presiding. (hmv, ) |
| 03/10/1998 | | Transmit Supplemental Record Sent to USCA USCA Number: 97-2923 consisting of 1 volume of transcripts from the first day of jury trial, (cc: all counsel) (hmv, ) |
| 05/28/1998 | 60 | MANDATE/CERTIFIED COPY from USCA USCA Number: 97-2923, 97-3034 AFFIRMING the decision of the District Court [39-1], AFFIRMING the decision of the District Court [32-1] for defendant Timothy Rucker, defendant Noel Washington (hmv, ) (Entered: 05/29/1998) |
| 05/28/1998 | | COMPLETE APPEAL Record Returned consisting of 3 volumes of pleadings (including 1 volume of pleadings from case no. 96-cr-109), volumes of transcripts, 3 boxes of exhibits, 2 in-camera documents (PSR's destroyed), as to defendant Timothy Rucker, defendant Noel Washington USCA Number: 97-2923, 97-3034. (hmv, ) Modified on 06/02/1998 (Entered: 05/29/1998) |
| 09/03/1998 | 61 | Notification of Exhibit Release sent to counsel of record (wied, ) |
| 09/28/1998 | 62 | Copy of LETTER from defendant Timothy Rucker to AUSA Gonzales re: request for return of personal property seized. (kmf, ) (Entered: 09/30/1998) |

| | | |
|---|---|---|
| 10/05/1998 | 63 | EXHIBITS released to counsel for plaintiff USA ; receipt filed (ers, ) (Entered: 10/06/1998) |
| 10/16/1998 | | EXHIBITS for defendant Timothy Rucker, defendant Noel Washington destroyed per telephone conversation with Atty Wasielewski. (wied, ) (Entered: 11/25/1998) |
| 12/02/1998 | | (Court only) Docket Modification (Utility) finding the motion for order that Government pay for transcripts [51-1] moot., finding the motion Requesting Government to pay for transcripts [50-1] moot. Appeal decided. (kmm, ) |
| 12/08/1998 | 64 | LETTER from defendant Noel Washington requesting return of property. (wied, ) |
| 01/13/1999 | 65 | ORDER (CNC) denying Deft. WASHINGTON's Request for Return of Property [64-1]. (cc: all counsel) (kmf, ) (Entered: 01/14/1999) |
| 03/26/1999 | 66 | MOTION for Return of Property by Timothy Rucker w/attached exhibits. (kmf, ) (Entered: 03/29/1999) |
| 03/26/1999 | 67 | NOTICE by defendant Timothy Rucker designating Cathleen Washington to receive all relaeased prop. (kmf, ) (Entered: 03/29/1999) |
| 03/29/1999 | 68 | ORDER (CNC)requiring govt. to respond to Motion for Release and Return of Prop. pursuant to Rule 42(e). (cc: all counsel) (kmf, ) (Entered: 03/31/1999) |
| 04/21/1999 | 69 | RESPONSE (SEALED) (kmf, ) |
| 04/26/1999 | 70 | LETTER from defendant Timothy Rucker re: response to Motion for Return of Prop. (kmf, ) Modified on 04/26/1999 |
| 06/09/1999 | 71 | LETTER from defendant Timothy Rucker re: status of Rule 41(e) Motion. (kmf, ) |
| 06/10/1999 | 72 | LETTER from defendant Timothy Rucker re: status of Motion to Return property. (kmf, ) (Entered: 06/11/1999) |
| 07/27/1999 | 73 | NOTICE of hearing. Hearing on deft. RUCKER's Motion for Release and Return of Prop. set for 10:30 on 9/8/99 (kmf, ) (Entered: 07/28/1999) |
| 09/09/1999 | 74 | ORDER (CNC) GRANTING deft. RUCKER's motion for Release and Return of Property [66-1]. Deft.'s personal prop. shall be released to Dorothy Reeves, 6125 So. Green, Chicago, IL. Ms. Reeves shall pick up deft.'s prop. from FBI on or before 10/8/99. A check in the amt. of $496.00 made payable to Ms. Reeves shall be issued on or before 10/8/99. (cc: all counsel) (kmf, ) (Entered: 09/14/1999) |
| 10/21/1999 | 75 | REQUEST by defendant Timothy RUCKER for return of property not released by government. (kmf, ) |
| 10/25/1999 | 76 | Letter REQUEST by defendant Noel Washington for return of seized personal property. (kmm, ) |
| 11/01/1999 | 77 | ORDER (CNC) that govt. shall file a written response to the issues in letters submitted by both defts. request for return of prop. on or before 11/10/99. (cc: all counsel) (kmf, ) (Entered: 11/02/1999) |
| 11/10/1999 | 78 | Government's RESPONSE to defts' request for Return of Property. (kmf, ) (Entered: 11/12/1999) |
| 12/01/1999 | 79 | LETTER f/AUSA Gonzales re: return of seized prop. to defts. RUCKER and WASHINGTON. (kmf, ) (Entered: 12/02/1999) |
| 05/01/2000 | 80 | LETTER from defendant Timothy RUCKER re: Return of property Order of 9/9/99. (kmf, ) |

| | | |
|---|---|---|
| 05/11/2000 | 81 | LETTER f/AUSA Gonzales to advise that all prop. inventoried under the name of Timothy RUCKER has been returned. (kmf, ) Modified on 05/12/2000 (Entered: 05/12/2000) |
| 08/07/2000 | 82 | LETTER from defendant Timothy Rucker re: representation and possible resentencing. (kmf, ) (Entered: 08/08/2000) |
| 10/10/2000 | 83 | MOTION for Order imposing Sanctions by Timothy RUCKER. (kmf, ) |
| 09/18/2001 | 84 | REQUEST by defendant Timothy RUCKER for return of property. (kmf, ) |
| 10/02/2001 | 85 | LETTER f/crt. to AUSA Gonzales requesting response to deft. RUCKER's letter (#84). (kmf, ) (Entered: 10/04/2001) |
| 01/07/2002 | 86 | LETTER from defendant Timothy RUCKER stating that property still has not been returned to him pursuant to crt.'s order.(kmf, ) Modified on 01/07/2002 |
| 01/08/2002 | 87 | LETTER f/AUSA Gonzales re: return of property as to deft. Timothy RUCKER. (kmf, ) (Entered: 01/10/2002) |
| 07/10/2002 | 88 | LETTER f/AUSA Gonzales re: status of deft.'s return of property. (kmf, ) (Entered: 07/11/2002) |
| 08/19/2002 | 89 | LETTER f/AUSA Mario Gonzales re: Return of property to deft. RUCKER. (kmf, ) |
| 08/20/2002 | 90 | ORDER (CNC) DENYING deft. RUCKER's Motion for Order imposing Sanctions [83-1]. (cc: all counsel) (kmf, ) (Entered: 08/22/2002) |
| 11/16/2002 | | (Court only) ***Motions terminated as to Timothy Rucker, Noel Washington : Motion for Miscellaneous Relief filed by USA. (bdr, ) |
| 04/26/2004 | 91 | REQUEST by Timothy RUCKER that he be removed from the "separatees list" and be allowed to associate w/co-deft. Noel Washington. (kmf, ) |
| 01/24/2005 | 92 | LETTER from Deft. Timothy RUCKER requesting that both his and co-deft. Washington's name be removed from the "Separatees List". (kmf, ) (Entered: 01/25/2005) |
| 01/25/2005 | 93 | Copy of LETTER from AUSA Gonzales to FCI Memphis requesting that any BOP Separation Request in place between Timothy Rucker and Noel Washington be removed. (kmf, ) (Entered: 01/28/2005) |
| 09/13/2007 | 94 | LETTER from Timothy Rucker re: Placement. (kmf) |
| 10/31/2007 | 95 | PETITION from USPO Joseph Madia that deft.'s SR special condition #5 requiring him to reside for the first 120 days of his SR term in a Residential Re-entry Center/Community Correctional Center and obey the rules of that facility be held in abeyance. (kmf) (Entered: 11/01/2007) |
| 10/31/2007 | 96 | ORDER (CNC) re: Petition 95 as to Timothy RUCKER. Deft.'s condition of SR requiring him to reside in a Community Correctional Center/Residential Re-entry Center for the first 120 days of his SR term be held in abeyance. Signed by Judge Aaron E Goodstein on 10/25/07. (cc: all counsel) (kmf) (Entered: 11/01/2007) |
| 06/30/2008 | 97 | ORDER (CNC) transferring jurisdiction as to Timothy RUCKER from the E.D. of Wisconsin and ORDER accepting jurisdiction in the N.D. of Illinois. (cc: all counsel) (kmf) (Entered: 07/01/2008) |
| 07/08/2008 | | Supervised Release Jurisdiction as to Timothy RUCKER Transferred to the Northern District of Illinois. Transmitted copy of accounting statement, with CERTIFIED copies of indictment, judgment and docket sheet to: Michael W. Dobbins, Clerk,United States District Court,Northern District of Illinois,219 So. Dearborn St.,Chicago, IL 60604. (kmf) |

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WISCONSIN
```

UNITED STATES OF AMERICA,

                    Plaintiff,

v.                      Case No.
                      [T. 18 USC §§ 924(c)(1) and (2)
                      2113(a) and (d)]

TIMOTHY T. RUCKER and
NOEL WASHINGTON, a/k/a JOEL ROBINSON,

                    Defendants.

### INDICTMENT

#### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 17, 1996, in the City of Milwaukee, in the State and Eastern District of Wisconsin,

                  **TIMOTHY T. RUCKER and**
        **NOEL WASHINGTON, a/k/a JOEL ROBINSON,**

the defendants herein, by force, violence and intimidation did take from the person or presence of another, approximately $95,100.00 in United States currency, belonging to and in the care, custody, control, management and possession of First Financial Bank, located at 5350 West Fond du Lac Avenue, Milwaukee, Wisconsin, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants,

                  **TIMOTHY T. RUCKER and**
        **NOEL WASHINGTON, a/k/a JOEL ROBINSON**

did assault or put into jeopardy the life of a teller by use of a dangerous weapon.

        All in violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 17, 1996, in the City of Milwaukee, in the State and Eastern District of Wisconsin,

**TIMOTHY T. RUCKER and
NOEL WASHINGTON, a/k/a JOEL ROBINSON,**

the defendants herein, did knowingly use and carry a firearm during and in relation to a crime of violence, to wit: the armed bank robbery at First Financial Bank, as alleged in Count One of this indictment, to which they may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Sections 924(c)(1) and (2).

A TRUE BILL:

Dated: January 28, 1997

FOREPERS_

THOMAS P. SCHNEIDER
United States Attorney

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| TIMOTHY TERELL RUCKER | Case Number: 97-CR-17 |
| | Michael R. Barth |
| | Defendant's Attorney |

U.S. DIST. COURT EAST. DIST. WISC.
FILED
JUL 25 1997
AT_____ O'CLOCK _____M
SOFRON B. NEDILSKY

**THE DEFENDANT:**

was found guilty on counts one and two after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 2113(a) and (d) | Armed Bank Robbery | 4/17/96 | One |
| 18 U.S.C. §§ 924(c)(1) and 2 | Use of a firearm to commit a crime of violence | 4/17/96 | Two |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall pay a special assessment of $100.00 for counts one and two, which shall be due immediately to the U. S. Clerk of Court, 362 U. S. Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 9/19/76

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
JON W. SANFILIPPO, clerk
DATED: 7/8/08 _____ Deputy

July 24, 1997
Date of Imposition of Sentence

Signature of Judicial Officer

C. N. CLEVERT, U. S. District Judge
Name & Title of Judicial Officer

July 25, 1997
Date

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant: TIMOTHY TERELL RUCKER
Case Number: 97-CR-17

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eighty-seven months as to count one and sixty months as to count two, to run consecutively for a total term of one hundred forty-seven months.

The defendant is remanded to the custody of the United States Marshal.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____
with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 4/90) Sheet 3 - Supervised Release

**Defendant:** TIMOTHY TERELL RUCKER
**Case Number:** 97-CR-17

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five years as to count one and three years as to count two, to run concurrently with each other for a total of five years.

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.
2. The defendant is not to possess any firearms or other dangerous weapons.
3. Pursuant to the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall not illegally possess any controlled substance. Such possession will result in revocation of the supervision term and the defendant will serve a term in prison.
4. The defendant is to participate in a program of testing and residential or outpatient treatment for drug and alcohol abuse, as directed by the probation officer, until such time as he is released from the program by the probation officer.
5. After release from imprisonment the defendant is to reside for the first 120 days in a community correctional center upon the first available vacancy. The defendant is to obey the rules of that facility.
6. The defendant is to pay any balance of the fine at a rate of no less than $50.00 per month.
7. The defendant is to cooperate with Child Support enforcement in payment of any child support or arrearages and to make regular payments at the direction of the probation officer.
8. The defendant shall not associate with any member, prospect or associate member of the Black Gangster Disciples Gang or any gang. The defendant shall have no communication whatsoever with the Black Gangster Disciples Gang or any gang.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.